IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA ELAINE WOLFE,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 08-1573 |
| COURT OF COMMON PLEAS OF<br>ALLEGHENY COUNTY, et al.,<br>    Respondents. | )<br>)<br>)<br>)<br>) |

## O R D E R

AND NOW, this 4th day of December 2008, after the petitioner, Jessica Elaine Wolfe, filed a "Notice of Appeal" which she seeks leave to prosecute in forma pauperis, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner submitted written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that leave to proceed in forma pauperis is granted, and that the "Notice of Appeal" filed in the above captioned case is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, she must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge